# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burris, Helen E. | US Bankruptcy Court, DSC | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge -full time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Federal Courthouse
201 Magnolia Street
Spartanburg, SC 29306

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee Trust #1, #2 & #3 | See Part VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Employment with Turner Padget Graham & Laney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bankruptcy Law Association | 05/18-5/20 | Asheville, NC | Speak at CLE | lodging, some meals, registration waived |
| 2. | South Carolina Defense Trial Attorneys Association | 11-08-11/11 | Kiawah Island, SC | attend CLE | lodging, some meals and registration waived |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burris, Helen E.** | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Georgia Institute of Technology | Each semester 1/2 tuition and fees paid in installments, paid in full as of 12/31 | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. South Carolina Bank & Trust- Accounts | A | Interest | K | T | | | | | |
| 2. Tr.#1 South Carolina Bank & Trust account | A | Interest | J | T | | | | | |
| 3. Tr.#2, Russell Frank Inv. Co. Lifepoints Fund Conserv. | B | Int./Div. | L | T | Sold (part) | 06/28/12 | K | | to open line 29 |
| 4. -cont'd | | | | | Distributed (part) | 12/19/12 | J | | college expenses |
| 5. -cont'd | | | | | Distributed (part) | 12/24/12 | J | | college expenses |
| 6. Russell Frank Inv. Co. Lifepoints Fund Growth Strategy Relax | B | Int./Div. | M | T | | | | | |
| 7. ING USA Annuity and Life Insurance Co. | | None | L | T | | | | | |
| 8. NW Mutual Whole Life Cash Value #1 | C | Dividend | K | T | Distributed (part) | 11/28/12 | J | | partial cash out no gain |
| 9. NW Mutual Whole Life Cash Value #2 | A | Dividend | | | Closed | 11/28/12 | J | D | fully cashed out |
| 10. #2 Putnam Investments New Opportunities Fund Class A & B | A | Dividend | J | T | | | | | |
| 11. 401K Fidelity Freedom 2030 Fund | C | Int./Div. | M | T | | | | | |
| 12. NetReit Real Estate Investment Trust | B | Dividend | K | T | | | | | |
| 13. IRA American Funds | | | | | | | | | |
| 14. -American Funds-EuroPacific Growth Fund-B | A | Dividend | J | T | Sold (part) | 04/10/12 | J | | to open line 19 |
| 15. -American Funds-The Investment Company of America A | A | Dividend | J | T | Buy (add'l) | 04/10/12 | J | | |
| 16. -American Funds-The Investment Company of America B | A | Dividend | J | T | Sold (part) | 04/10/12 | J | | to line 15 |
| 17. -American Funds-Income Fund of America A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - American Funds-Income Fund of America B | A | Dividend | J | T | | | | | |
| 19. - American Funds-EuroPacific Growth Fund A | A | Dividend | J | T | Open | 04/10/12 | J | | from line 14 |
| 20. - American Funds-American Balanced Fund B | A | Dividend | J | T | Sold (part) | 04/10/12 | J | | to open line 21 |
| 21. -American Funds- American Balanced Fund A | A | Dividend | J | T | Open | 04/10/12 | J | | from line 20 |
| 22. Future Scholar 529 College Savings Plan-FS Mod Conserv | A | Int./Div. | J | T | Buy (add'l) | 01/25/12 | K | | |
| 23. -cont'd | | | | | Distributed (part) | 02/07/12 | K | A | college expenses |
| 24. -cont'd | | | | | Buy (add'l) | 08/16/12 | J | | |
| 25. -cont'd | | | | | Distributed (part) | 09/10/12 | J | A | college expenses |
| 26. -cont'd | | | | | Distributed (part) | 11/29/12 | J | A | college expenses |
| 27. Behringer Harvard Multifamily REIT I Inc | B | Dividend | K | T | | | | | |
| 28. (X) Rental Property #1 Greenville SC | D | Rent | K | W | | | | | |
| 29. Trust #3 Invesco Bal Risk Alloc C | A | Int./Div. | K | T | Open | 06/28/12 | K | | from line 3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VI (1) per filing instructions all cash equivalent accounts at this bank, other than trust accounts, were aggregated here (listed separately on prior reports)

VII(2 - 5 and 29)  and Part I (Positions) [                    ] trustees for [                    ] some funds distributed for college expenses

VII (9)- taxable gain realized on a portion of the cash out

VII (22-26) account opened in 2011 (no control). Fund name on statements for the account changed in 2012 from "Income and Growth Stat Direct" to "FS Mod Conserv Port Static."  A reference booklet provided to participants dated October 2012 and titled "Helping South Carolinians save for college: Program Description, Direct Program" for the Future Scholar South Carolina's 529 College Savings Plan states that underlying funds may change from time to time without prior notice to account owners.

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen E. Burris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544